UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUPERTA SCHWARTZ,

   Plaintiff

-vs-                                                    CASE NO.: 6:15-CV-1817-ORL-22-TBS

NAVIENT SOLUTIONS, INC., STUDENT
ASSISTANCE CORPORATION, and
NAVIENT CORPORATION,

   Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Ruperta Schwartz, and the Defendants, Navient Solutions, Inc., Student Assistance Corporation, and Navient Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of July, 2016.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Dayle M. Van Hoose, Esquire* |
| Frank H. Kerney, III, Esquire | Dayle M. Van Hoose, Esquire |
| Florida Bar#: 88672 | Florida Bar#: 0016277 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.P. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Tele: (813) 890-2463 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| fkerney@forthepeople.com | dvanhoose@sessions.legal; |
| jkneeland@forthepeople.com | evap@sessions.legal |
| Attorney for Plaintiff | Attorney for Defendant |